No. 355.   UNITED STATES *v.* MOSCOW FIRE INSURANCE CO. ET AL.   Argued February 1, 2, 1940.   Decided February 12, 1940.   *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE STONE, MR. JUSTICE REED, and MR. JUSTICE MURPHY took no part in the consideration or decision of this cause. *Mr. Edward J. Ennis,* with whom *Solicitor General Jackson, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney, Frederick Bernays Wiener,* and *Aaron B. Holman* were on the brief, for the United States. *Mr. Paul C. Whipp,* with whom *Mr. Lounsbury D. Bates* was on the brief, for Lucke, Surviving Director of Moscow Fire Ins. Co.; *Mr. Borris M. Komar* for Morro et al.; *Mr. Osmond K. Fraenkel* for Kentman et al.; *Mr. Hartwell Cabell* for Heckscher et al.; *Mr. Walter H. Pollak* for Zahle et al.; *Mr. Samson Selig* submitted for Sawyer et al.; and *Mr. Thomas Kiernan* submitted for Hoppe, Executor;—respondents. By leave of Court *Mr. Frederick H. Wood* filed a brief on behalf of Steingut et al., Receivers, as *amici curiae,* urging affirmance.